### NASH et al. v. UNITED STATES.†

(Circuit Court of Appeals, Fifth Circuit. November 29, 1910.)

#### No. 1,951.

In Error to the Circuit Court of the United States for the Southern District of Georgia.

Criminal prosecution by the United States against the American Naval Stores Company, Edmund S. Nash, and others. From a judgment of conviction, defendants bring error. Affirmed.

See, also, 172 Fed. 455; 186 Fed. 592.

Samuel B. Adams and Peter W. Meldrim, for plaintiffs in error.

Alexander Akerman, Asst. U. S. Atty., and W. M. Toomer, Special Asst. U. S. Atty.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. A majority of the court is of opinion that there is no error in the record. The judgment of the Circuit Court is therefore affirmed.